January 10, 1975.

APPEAL No. 74-93. FRANCIS E. LITTLE, JR. *et al. v.* NATIONAL SERVICE ASSOCIATION, INC. *d.b.a.* MEDICAL CLEARING BUREAU *et al.* Petition of I. C. System, Inc. for leave to appear as amicus curiae is granted for the purpose of filing a brief only. Motion of the defendants to remand is granted for the limited purpose of allowing the Superior Court to entertain a motion for the certification of additional questions of law. *Leo T. Connors, Richard J. Israel,* Attorney General, *W. Slater Allen,* Asst. Attorney General, for plaintiffs. *Edwards & Angell, John H. Blish,* for I. C. System, Inc., amicus curiae. *Aram A. Ara-*

bian, *Melvin L. Zurier,* for National Service Association, Inc.
*Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for The
Commercial Law League of America, amicus curiae.